FILED

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Jacksonville Division

2023 JUN 20 PM 1:21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

James L Woodson Jr

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Asaf Y. Ashkenazi, Genesis Ma Real Estate, INM SERVICES INC

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-CV-718-MMH-MCR
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | James Woodson Jr |
   | Street Address | Po Box 12635 |
   | City and County | Jacksonville, Duval |
   | State and Zip Code | FL 32209 |
   | Telephone Number | 4079532043 |
   | E-mail Address | woodsonjames22@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Asaf Y. Ashkenazi |
| Job or Title *(if known)* | |
| Street Address | 514 Bay Ridge Rd |
| City and County | Jacksonville, Duval |
| State and Zip Code | FL 32216 |
| Telephone Number | 754-715-5233 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Genesis Ma Real Estate |
| Job or Title *(if known)* | |
| Street Address | 514 Bay Ridge Rd |
| City and County | Jacksonville, Duval |
| State and Zip Code | FL 32216 |
| Telephone Number | 754-715-5233 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | INM SERVICES INC |
| Job or Title *(if known)* | |
| Street Address | 514 Bay Ridge Rd |
| City and County | Jacksonville, Duval |
| State and Zip Code | FL 32216 |
| Telephone Number | 754-715-5233 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) James Woodson Jr, is a citizen of the State of (name) Florida.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) Asaf Y. Ashkenazi, is a citizen of the State of (name) Florida. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) INM SERVICES INC, is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Mr. Asaf Y. Ashkenazi has continued to inflict vigorous pain, suffering, intimidation, coercion, scare tactics, persecution, tyrannize, torment, browbeat, domineer, agony, emotional pain, degradation, ignominy, indignity, abasement, affront, and psychological pain.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 05/19/2023, at *(place)* On my personal cell phone,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
(1)The defendant Asaf Y. Ashkenazi violated the 1st Amendment when he called plaintiff James Woodson Jr to harass, negligence, intimidate, and to defame the plaintiff with an emailed letter written by defendant's attorney. (2)The defendant Asaf Y. Ashkenazi violated the 14th Amendment when he racially discriminated against the plaintiff calling him a Nigga and that he would hunt him down and shoot him. (3)Defendant Imn Services hired defendants Asaf Y. Ashkenazi/ Genesis Ma Real Estate which infact has been actively interceding on Imn services behave. The Defendant's Attorney had committed Forgery and Fraud by submitting documents stated in paragraph (11), which this conduct is under review by the FL Bar.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Plaintiff loss employment, financial stability, parasomnias, Patellar Tendonitis, Hoplophobia, Leukophobia, telephonophobia, Atelophobia, Orthophobia, Agoraphobia, anthropophobia, Logophobia, and Autophobia.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
I James Woodson Jr am seeking $30,000,000 for the emotional trauma, Harassment, Negligence, Intimidation, Unlawful Communications, Discrimination, Fraud, Forgery, parasomnias, Patellar Tendonitis, Hoplophobia, Leukophobia, telephonophobia, Atelophobia, Orthophobia, Agoraphobia, anthropophobia, Logophobia, and Autophobia that defendant's has caused and still causing. Currently I sleep in my car at different church parking lots, police stations/ substations, and any unknown places that the defendant's doesn't know about to protect my life from harm. The defendant stated "You Dirty Nigga I'll Hunt You Down And Shoot You Shoot You. I Have Your Address, If You Don't Drop The Lawsuit."

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/19/2023

PO Box 12635
Jacksonville, FL 32209
(409)-953-2043

Signature of Plaintiff      James Woodson Jr
Printed Name of Plaintiff   James Woodson Jr

### B. For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____