UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES WOODSON, JR.,

    Plaintiff,

v.       Case No. 3:23-cv-718-MMH-MCR

ASAF Y. ASHKENAZI, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) (Dkt. No. 5; Notice) filed on July 14, 2023. In the Notice, Plaintiff requests dismissal of this matter. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.    This case is **DISMISSED**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of July, 2023.

                                             MARCIA MORALES HOWARD
                                             United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties